# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:25-CV-827-KDB-DCK

| | |
|---|---|
| NUMAN SIRIN, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), JOSEPH B. EDLOW, and KRISTI NOEM, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Second Motion For Extension Of Time" (Document No. 8) filed January 7, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

"Plaintiff's Opposition To Defendants' Second Motion For Extension Of Time" (Document No. 9) was filed on January 16, 2026. Defendants failed to file a timely reply brief. See LCvR 7.1(e). However, after an Order (Document No. 10) from the Court, Defendants filed their "Reply In Support Of Second Motion For Extension Of Time" (Document No. 11) on January 28, 2026.

The undersigned observes that *pro se* Plaintiff consented to, and the Court allowed, Defendants' first motion for a forty-two day extension of time to file an Answer. See (Document Nos. 6 and 7). Now, Defendants seek an additional 63 day extension. (Document No. 8). Plaintiff opposes any additional extension and contends that there are no new circumstances justifying such an extension. (Document No. 9).

**IT IS, THEREFORE, ORDERED** that Defendants' "Second Motion For Extension Of Time" (Document No. 8) is **GRANTED with modification**.  Defendants shall file an Answer, or otherwise respond to *pro se* Plaintiff's "Petition For Writ Of Mandamus" (Document No. 2), on or before **March 18, 2026**.  Further extensions of this deadline are unlikely to be allowed.

**SO ORDERED**.

Signed: January 29, 2026

David C. Keesler
United States Magistrate Judge