# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:25-CV-00827-KDB-DCK

| | |
|---|---|
| NUMAN SIRIN,<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES<br>(USCIS), ET AL.,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on its own motion regarding pro se Plaintiff's Amended Petition for Writ of Mandamus (Doc. No. 19). With due regard for the Plaintiff's pro se status and the well-established policy of the Court to liberally permit the amendment of pleadings, *see* Fed. R. Civ. Proc. 15(a)(2), the Court will consider Plaintiff's filing to include a motion for leave to file the Amended Petition and GRANT that motion, thereby allowing the Amended Petition to be filed and become Plaintiff's operative pleading. With the filing of an Amended Petition, Defendants' Motion to Dismiss (Doc. No. 15) is DENIED as moot. In the absence of a voluntary resolution of this matter among the parties, Defendants are directed to file an answer or otherwise respond to the Amended Petition within 20 days of this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 9, 2026

Kenneth D. Bell
United States District Judge